UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANET HART and PAUL HART,<br>    Plaintiffs,<br><br>  v.<br><br>DUKE REALTY LIMITED PARTNERSHIP,<br>DUKE REALTY CORPORATION, and<br>IH SERVICES, INC.,<br>    Defendants. | :<br>:<br>:<br>:  No. 5:20-cv-01462<br>:<br>:<br>:<br>:<br>: |

## O R D E R

**AND NOW**, this 8th day of July, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

1. Plaintiffs' Motion to Remand, ECF No. 4, is **GRANTED**;

2. This matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, Trial Division, Civil Case No. 200202837.

3. The Clerk of Court is directed to send a certified copy of this Order to the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania; and

4. The Clerk of Court shall **CLOSE** this case.

                BY THE COURT:


                */s/ Joseph F. Leeson, Jr.*_____
                JOSEPH F. LEESON, JR.
                United States District Judge