UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| JANET HART and PAUL HART,<br>　　　　　　Plaintiffs, | :<br>:<br>: |
| v. | : No. 5:20-cv-01462<br>: |
| DUKE REALTY LIMITED PARTNERSHIP,<br>DUKE REALTY CORPORATION, and<br>IH SERVICES, INC.,<br>　　　　　　Defendants. | :<br>:<br>:<br>: |

_____

# **O R D E R**

**AND NOW**, this 4th day of August, 2020, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT:**

　　1.　　Defendants' Motion for Reconsideration, ECF No. 10, is **DENIED**;

　　2.　　Consistent with the Opinion and Order dated July 8, 2020, *see* ECF Nos. 8-9, this matter is **REMANDED** to the Court of Common Pleas of Philadelphia County, Pennsylvania, Trial Division, Civil Case No. 200202837;

　　3.　　The Clerk of Court is directed to send a certified copy of this Order and the Order dated July 8, 2020, ECF No. 9, to the Prothonotary of the Court of Common Pleas of Philadelphia County, Pennsylvania; and

　　4.　　This case shall remain **CLOSED**.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　*/s/ Joseph F. Leeson, Jr.*_____
　　　　　　　　　　　　　　　　　　　JOSEPH F. LEESON, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge